8/29/2024 2:12 PM

IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR JACKSON COUNTY

| | |
|---|---|
| MELISSA SALAZAR,<br>Plaintiff,<br>vs.<br>WALMART INC.,<br>Defendant. | Case No. 24CV41889<br>COMPLAINT<br>(Personal Injuries—Premises Liability)<br>(Claim Over $50,000.00)<br>(Not Subject to Mandatory Arbitration)<br>(Fee Authority ORS 21.160(1)(c))<br>(Prayer Amount – $187,900.01) |

Plaintiff alleges:

1.

On or about January 11, 2023, Plaintiff entered into Walmart Supercenter #2069 (herein "said Premises") as an invitee for the purpose of shopping. That portion of said premises onto which Plaintiff entered was owned, maintained and controlled by Defendant, WALMART INC., and was a common area, which was intended for the use of its patrons, for the pecuniary benefit of WALMART INC.

2.

Plaintiff was shopping at the Walmart located at 1360 Center Dr, Medford, OR 97501 when she slipped and fell to the floor in the technology section due to a large accumulation of an unknown liquid left on the floor of the store. As a result of her fall Plaintiff was injured as described more fully below.

///



IDIART LAW GROUP, LLC
PO Box 3700, Central Point, OR 97502
Tel: (541) 772-6969 Fax: (541) 245-0486

3.

At said time and place Defendant had a duty to inspect for and warn Plaintiff of latent dangers that were known to the owner, and also dangers that, in the exercise of reasonable care, would have been known to Defendant, and to take reasonable action to protect from foreseeable and unreasonable risk of harm.

4.

Defendant breached that duty and was negligent in one or more of the following particulars:

a) Defendant failed to maintain a clean and dry surface;

b) Defendant failed to warn or protect Plaintiff from the danger by placing appropriate signage about the hazard; and

c) Defendant failed to adequately monitor the condition of its walking surfaces.

5.

Defendant's negligence in one or more of the foregoing particulars was a substantial factor in causing Plaintiff to injure herself.

6.

As a result of the force of impact to Plaintiff, she was caused to suffer serious and painful injuries including, but not limited to the following: head, neck, back, and rib pain; twitching in the legs, thighs, and knees; and difficulty performing normal life activities.

//

//

//

//

//



IDIART LAW GROUP, LLC
PO Box 3700, Central Point, OR 97502
Tel: (541) 772-6969 Fax: (541) 245-0486

7.

The injuries described above are likely to have long-term residual effects. As a result of these injuries, Plaintiff has experienced and continues to experience pain and suffering and the limitations of normal and usual activities. Plaintiff should be fully and fairly compensated for these non-economic damages in a sum that is just. An appropriate ceiling for these non-economic damages is $170,000.00. Plaintiff's injuries are continuing, and Plaintiff may seek leave of the Court to amend this amount prior to trial.

8.

As a further result of the injuries received, Plaintiff has incurred medical expenses in an amount not expected to exceed $17,900.01. Plaintiff's injuries are continuing, and Plaintiff may seek leave of Court to amend this amount prior to trial.

WHEREFORE, Plaintiff prays for judgment against Defendant, for damages as follows:

1. A sum which will fully compensate Plaintiff for pain and suffering, for interference with normal and usual activities, from the date of injury to the present, and from the present into the future in a sum not expected to exceed $170,000.00;
2. A sum which will fully and fairly compensate Plaintiff for medical expenses not expected to exceed $17,900.01;
3. Plaintiff's costs and disbursements incurred herein; and
4. For such other and further relief as the Court may deem just and equitable.

//

//

//



IDIART LAW GROUP, LLC
PO Box 3700, Central Point, OR 97502
Tel: (541) 772-6969 Fax: (541) 245-0486

EXECUTED August 29, 2024 IDIART LAW GROUP, LLC.

By: s/ Lorianne JF Neville________________
Lorianne JF Neville, OSB #151040
lorianne@idiartlaw.com
Benjamin Nielsen
benjamin@idiartlaw.com
Of Attorney for Plaintiff



IDIART LAW GROUP, LLC
PO Box 3700, Central Point, OR 97502
Tel: (541) 772-6969 Fax: (541) 245-0486